UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/2018
```

-----------------------------------------------------------X

TREVA WILLIS and MELISSA AVIS, on behalf of themselves and others similarly situated,

          Plaintiff,

-vs.-

SUSHI NAKAZAWA LLC, ALESSANDRO BORGONONE, and DAISUKE NAKAZAWA,

          Defendants.

-----------------------------------------------------------X

Civ. No.: 17-CV-9581

NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)

**PLEASE TAKE NOTICE** that the claims of this action is hereby dismissed without prejudice as against the Defendants, pursuant to federal Rule of Civil Procedure 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

Dated: New York, New York
       February 9, 2018

JOSEPH & KIRSCHENBAUM LLP
32 Broadway, Ste. 601
New York, New York 10004
Telephone: (212) 688-5640
*ATTORNEYS FOR PLAINTIFFS*

/s/ D. Maimon Kirschenbaum
D. Maimon Kirschenbaum, Esq.

SO ORDERED.

2/15/18

_____
PAUL A. ENGELMAYER
United States District Judge